*James M. Fox,* special public defender, in support of the petition.

Decided September 4, 2003

STATE OF CONNECTICUT *v.* GAYLORD SALTERS

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 1 (AC 22101), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided September 4, 2003

CARDINAL HILL, LLC, ET AL. *v.* ANNE BRADLEY

The defendant's petition for certification for appeal from the Appellate Court (AC 23841) is denied.

*Anne Bradley,* pro se, in support of the petition.

Decided September 4, 2003

MATRIX INVESTMENT CORPORATION *v.* RON WARD

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24016) is denied.

*Richard B. Laschever,* in support of the petition.

*Richard D. Haviland,* in opposition.

Decided September 4, 2003